Case 1:15-cv-02074-JCF Document 17-2 Filed 08/11/15 Page 2 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SALVADOR LUCERO, on behalf of himself
and others similarly situated,

                Plaintiff,

-against-

MINERVA HOSPITALITY GROUP, LTD, dba
MINERVA CAFE, and MATTHEW PARATORE,

                Defendants.

Case No.: 15 cv 2074
(JCF) AND ORDER

**STIPULATION OF DISMISSAL**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above entitled action, that the above action is hereby dismissed with prejudice as to all defendants without attorneys' fees or costs to any party as against the other. The court shall retain jurisdiction only to enforce the parties' settlement agreement.

IT IS FURTHER HEREBY STIPULATED AND AGREED that this stipulation may be filed with the United States District Court, Southern District of New York, without further notice:

SO STIPULATED:

By: _____  
Peter Cooper, Esq.  
Attorneys for Plaintiffs  
Cilenti & Cooper, PLLC  
708 Third Avenue – Sixth Floor  
New York, New York 10017  
Telephone (212) 209-3933  
Dated: August 11, 2015

By: _____  
Thomas C. Monaghan, Esq.  
Attorneys for Defendants  
Thomas C. Monaghan, Esq.  
609 Cross Bay Blvd.  
Broad Channel, New York 11693  
Telephone (718) 474-4955  
Dated: August 11, 2015

SO ORDERED: James C. Francis IV  
USMJ  
8/12/15